IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONAL INDEMNITY COMPANY,<br><br>            Plaintiff,<br><br>    vs.<br><br>TRANSATLANTIC REINSURANCE COMPANY, FAIR AMERICAN INSURANCE AND REINSURANCE COMPANY,<br><br>            Defendants. | **8:14CV74**<br><br>**ORDER** |

IT IS ORDERED:

The motion to withdraw filed by William M. Lamson, Jr., Cathy S. Trent-Vilim, and the law firm of Lamson, Dugan and Murray, LLP, as counsel of record for National Indemnity Company, (filing no. 8), is granted.

March 10, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge