IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONAL INDEMNITY COMPANY,<br><br>               Plaintiff,<br><br>vs.<br><br>TRANSATLANTIC REINSURANCE COMPANY, FAIR AMERICAN INSURANCE AND REINSURANCE COMPANY (FORMERLY KNOWN AS PUTNAM REINSURANCE COMPANY),<br><br>               Defendants. | 8:14-CV-74<br><br>ORDER |

In response to the Court's Memorandum and Order of March 31, 2014 (filing 39), plaintiff National Indemnity Company has stated that it would prefer for its claims to be dismissed without prejudice. Filing 40.

THEREFORE, IT IS ORDERED:

1. In accordance with its Memorandum and Order of March 31, 2014 (filing 39), this case is dismissed, without prejudice.

2. A separate judgment will be entered.

Dated this 1st day of April, 2014.

BY THE COURT:

_____
John M. Gerrard
United States District Judge