IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONAL INDEMNITY COMPANY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TRANSATLANTIC REINSURANCE COMPANY, FAIR AMERICAN INSURANCE AND REINSURANCE COMPANY (FORMERLY KNOWN AS PUTNAM REINSURANCE COMPANY),<br><br>　　　　　Defendants. | 8:14-CV-74<br><br>JUDGMENT |

In accordance with the Memorandum and Order dated March 31, 2014 (filing 39) and the accompanying order, this case is dismissed, without prejudice.

Dated this 1st day of April, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge